# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE JAMES,<br><br>           Petitioner,<br><br>    v.<br><br>W. KNIPP,<br><br>           Respondent. | Case No. CV 12-7012-R (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED:   Oct. 5, 2012

                                        MANUEL L. REAL
                              UNITED STATES DISTRICT JUDGE